IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD W. TUBBS, Individually and d/b/a Center Mass Shooting Range; S.B. ENTERPRISES, a California General Partnership of Frank A. Serrao and Gary J. Serrao; FRANK A. SERRAO; GARY J. SERRAO,<br><br>        Defendants.<br>_____ | 2:11-cv-01361-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Plaintiff states in his Status Report filed September 8, 2011, "[a] Request for Entry of Default has been filed as to all Defendants." (ECF No. 10.)

Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on November 4, 2011, why this action should not be dismissed for failure of prosecution.

1

Further, the status conference scheduled for hearing on September 19, 2011, is continued to November 28, 2011, commencing at 9:00 a.m. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: September 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge