SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson | Case No. **11-cv-01361-GEB-DAD** |
| Plaintiff, | **ORDER** |
| vs. | |
| Tubbs, et al | |
| Defendants | |

Plaintiff has requested that his Motion for Default Judgment filed September 24, 2011, be withdrawn and that the hearing on his Motion for Default Judgment set for November 18, 2011, at 10 a.m. before the undersigned be vacated.  (Doc. No. 16.)  That request will be granted.  The motion is withdrawn and the November 18, 2011, hearing is vacated.  IT IS SO ORDERED.

Dated: November 8, 2011

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1/orders.civil/johnson1361.vac.111811hrg.doc

PROPOSED ORDER RE REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT

CIV: S-11-cv-01361-GEB-DAD - 1